# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>ORDER<br>(Docket Nos. 92, 94, 95) |

Pending before the Court is Defendant Joey Lamar McRoyal's motion to proceed pro se, Docket No. 92, McRoyal's counsel's motion to withdraw, Docket No. 95, and a motion to seal, Docket No. 94. The Court hereby **SETS** a hearing on those motions for 9:00 a.m. on June 17, 2024, in Courtroom 3C. Defendant must be present for the hearing.

IT IS SO ORDERED.

DATED: June 11, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1