# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>ORDER<br><br>(Docket Nos. 109, 110, 111, 112) |

On July 9, 2024, while represented by counsel, Defendant Joey Lamar McRoyal made several *pro se* filings. Docket Nos. 109, 110, 111, 112. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Defendant's *pro se* filings, Docket Nos. 109, 110, 111, 112, are hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: July 12, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE