# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>ORDER<br><br>(Docket No. 118) |

Pending before the Court is a *pro se* filing by Defendant Joey Lamar McRoyal. Docket No. 118. The filing consists of documentary fragments from other filings, so it is not clear what relief Defendant is seeking. If Defendant is seeking to proceed *pro se*, he must file a request more clearly indicating that intent. Otherwise, the Court again reminds Defendant that he is not permitted to file requests *pro se* while he is represented by counsel. LR IA 11-6(a). The pending filing is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: July 19, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1