# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>ORDER<br><br>(Docket Nos. 139, 140) |

On August 7, 2024, while represented by counsel, Defendant Joey Lamar McRoyal filed motions for recusal and for copy of judicial misconduct rules. Docket Nos. 139, 140. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Defendant's *pro se* motions, Docket Nos. 139, 140, are hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: August 12, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1