# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff<br><br>v.<br><br>Joey Lamar McRoyal,<br><br>        Defendant | Case No. 2:23-cr-00113-CDS-NJK-2<br><br>**Order Striking Motions Filed by Defendant Joey McRoyal**<br><br>[ECF Nos. 138, 141] |

    Defendant Joey McRoyal filed a motion to appeal pro se motions stricken by Judge Nancy Koppe (ECF No. 138) and a notice of appeal of motions (ECF No. 141). A person who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a); *United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995); *see also Le v. Almager*, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Because McRoyal is represented by counsel, his motions filed pro se **[ECF Nos. 138 and 141] are STRICKEN**.

    Dated: August 13, 2024

                                                    _____<br>
                                                    Cristina D. Silva<br>
                                                    United States District Judge