# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00113-CDS-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 145) |
| LAMAR DESHAWN ROSSER, | |
| Defendant. | |

While represented by counsel, Defendant Lamar Deshawn Rosser filed a motion *pro se*. Docket No. 145. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Defendant's *pro se* motion, Docket No. 145, is hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: August 21, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1