# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>    Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 169, 170] |

   While represented by counsel, Defendant Joey Lamar McRoyal filed two motions *pro se*. Docket Nos. 169, 170.  A party who is represented by counsel "cannot while so represented appear or act in the case."  LR IA 11-6(a).

   Accordingly, Defendant's *pro se* motions, Docket Nos. 169, 170 are hereby **STRICKEN** from the docket.

   IT IS SO ORDERED.

   DATED: October 22, 2024

                                                                 _____
                                                                 Nancy J. Koppe
                                                                 United States Magistrate Judge