**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| United States of America, | Case No.: 2:23-cr-00113-CDS-NJK |
|---|---|
| Plaintiff | **Order Setting Hearing on Stipulation to Continue Calendar Call and Trial Date (Sixth Request)** |
| v. | |
| Darrell Glen Harris, et al., | [ECF No. 182] |
| Defendants | |

This matter comes before the court on the parties' stipulation to continue calendar call and trial date (sixth request). ECF No. 182. The parties request to move the trial date from January 27, 2025, to a date no sooner than 90 days. On August 7, 2024, the court granted a fifth request to continue the trial dates for the same reason. ECF No. 142. That order notified counsel that any future requests to continue would require a hearing. *Id.* at 3. Therefore, the parties must appear for a hearing on November 26, 2024, at 10:00 a.m. in LV Courtroom 6B.

Dated: November 18, 2024

_____
Cristina D. Silva
United States District Judge