# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>    Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>**Order**<br><br>[Docket No. 185] |

  While represented by counsel, Defendant Joey Lamar McRoyal filed a notice through his daughter. Docket No. 185. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

  Accordingly, Defendant's notice, Docket No. 185, is hereby **STRICKEN** from the docket.

  IT IS SO ORDERED.

  DATED: November 21, 2024

                  _____
                  Nancy J. Koppe
                  United States Magistrate Judge