# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>**Order**<br><br>[Docket No. 188] |

Pending before the Court is Defendant's motion to withdraw his counsel of record. Docket No. 188. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on December 3, 2024, in Courtroom 3C. Defendant and his counsel must be present for the hearing.

IT IS SO ORDERED.

DATED: November 25, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1