# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>    Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>**Order**<br><br>[Docket No. 237] |

While represented by counsel, Defendant Joey Lamar McRoyal filed a motion for a copy of the criminal docket. Docket No. 237. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Defendant's motion, Docket No. 237, is hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: April 2, 2025

_____
Nancy J. Koppe
United States Magistrate Judge