# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL,<br><br>               Defendant. | Case No. 2:23-cr-00113-CDS-NJK<br><br>ORDER<br><br>(Docket No. 292) |

Pending before the Court is a motion to extend the deadline for Defendant Joey McRoyal to file a reply for the motion to suppress. Docket No. 292. The Court GRANTS the motion to extend. The reply brief is due August 21, 2025.

IT IS SO ORDERED.

DATED: August 15, 2025

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1