# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEY LAMAR MCROYAL, and<br>PAULINA HERNANDEZ,<br><br>Defendants. | Case No. 2:23-cr-00113-CDS-NJK<br>Order Granting<br>**Stipulation to Continue Evidentiary Hearing (ECF No. 303)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America; Christopher Oram, counsel for defendant Joey Lamar McRoyal; and Maysoun Fletcher, counsel for defendant Paulina Hernandez, that the Evidentiary Hearing currently scheduled on September 30, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than 4 weeks.

This Stipulation is entered into for the following reasons:

1. Counsel for the United States and counsel for defendant McRoyal are scheduled to begin trial in *United States v. Elijah Shelton*, 2:24-cr-00001-APG-BNW, on September 22, 2025.

2. Counsel for the United States is scheduled to begin trial in *United States v. Eduardo Lopez*, 2:24-cr-00223-APG-EJY, on October 6, 2025.

3. Counsel for defendant Hernandez is unavailable the week of October 20, 2025.

4. The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 12th day of September, 2025

/s/ Maysoun Fletcher                    /s/ Joshua Brister
MAYSOUN FLETCHER                        JOSHUA BRISTER
Attorney for Paulina Hernandez          Assistant United States Attorney


/s/ Christopher Oram
CHRISTOPHER ORAM
Attorney for Joey Lamar McRoyal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00113-CDS-NJK |
| Plaintiff, | ORDER |
| v. | |
| JOEY LAMAR MCROYAL, and PAULINA HERNANDEZ, | |
| Defendants. | |

The Court GRANTS the parties' stipulation. Docket No. 304. The evidentiary hearing currently set for September 30, 2025, is CONTINUED to November 18, 2025, at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 12, 2025.

                                            _____
                                            HONORABLE NANCY J. KOPPE
                                            UNITED STATES MAGISTRATE JUDGE