# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00113-CDS-NJK |
| Plaintiff, | **Order** |
| v. | [Docket Nos. 391, 392] |
| JOEY LAMAR MCROYAL, | |
| Defendant. | |

While represented by counsel, Defendant Joey Lamar McRoyal made *pro se* filings. Docket Nos. 391, 392.  A party who is represented by counsel "cannot while so represented appear or act in the case."  LR IA 11-6(a).

Accordingly, Defendant's *pro se* filings, Docket Nos. 391, 392, are hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: May 15, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1