# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOEY LAMAR MCROYAL,

Defendant.

Case No. 2:23-cr-00113-CDS-NJK

**Order**

[Docket No. 396]

While represented by counsel, Defendant Joey Lamar McRoyal made a *pro se* filing. Docket No. 396.  A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, Defendant's *pro se* filing, Docket No. 396, is hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: May 27, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1