# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00113-CDS-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 403] |
| JOEY LAMAR MCROYAL, | |
| Defendant. | |

While represented by counsel, Defendant Joey Lamar McRoyal made a *pro se* filing. Docket No. 403.  A party who is represented by counsel "cannot while so represented appear or act in the case."  LR IA 11-6(a).

Accordingly, Defendant's *pro se* filing, Docket No. 403, is hereby **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: June 4, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1