**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff<br><br>v.<br><br>Darrell Glen Harris, et al.,<br><br>        Defendants | Case No. 2:23-cr-00113-CDS-NJK-1, 2, 3<br><br>**Order Setting Motions in Limine**<br>**Briefing Schedule** |

A jury trial will commence in this action on June 22, 2026. During the June 9, 2026 calendar call, counsel for defendant Darrell Harris advised that he anticipated filing motions in limine. To allow sufficient time for oppositions and this court's review, all pretrial motions in limine are due no later than Monday, June 15, 2026, at 12:00 p.m. Any response or opposition is due on Thursday, June 18, 2026, at 12:00 p.m. No replies are permitted unless ordered by the court.

Dated: June 12, 2026

_____
Cristina D. Silva
United States District Judge